# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 29, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Teck Metals Ltd., fka Teck Cominco Metals Ltd., a Canadian
           corporation
           v. Confederated Tribes of the Colville Reservation
           No. 26-130
           (Your No. 24-5565)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 24, 2026 and placed on the docket July 29, 2026 as No. 26-130.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Rashonda Garner
                    Case Analyst